UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT SALINAS,

    Plaintiff,

    v.

PROFESSIONAL PENINSULA PROPERTIES LLC, et al.,

    Defendants.

Case No. 21-cv-04910-PJH

**ORDER GRANTING REQUEST TO EXTEND INTIAL DISCLOSURE AND SITE INSPECTION DEADLINES**

Re: Dkt. No. 17

The court is in receipt of the parties' stipulation to extend time for joint site inspection and defendants' deadline to respond to plaintiff's complaint. Dkt. 17. The court **GRANTS** the parties stipulated request. Accordingly, the court **ORDERS** the following:

- The deadline for defendants to respond to plaintiff's complaint is October 4, 2021.
- The deadline for the parties to complete initial disclosures is October 28, 2021.
- The deadline for the parties to hold a joint inspection of the subject premises is November 4, 2021.

All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: September 10, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge