UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROFESSIONAL PENINSULA PROPERTIES LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-04910-PJH<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME FOR SITE INSPECTION**<br><br>Re: Dkt. No. 20 |

The court is in receipt of the parties' stipulation to extend time for a joint site inspection. Dkt. 20. The court **GRANTS** the parties stipulated request. Accordingly, the court **ORDERS** the following:

- The deadline for the parties to complete initial disclosures is November 12, 2021.
- The deadline for the parties to hold a joint inspection of the subject premises is November 19, 2021.

All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: November 1, 2021

　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge